# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOLAN CASTILLO MANGUIN and CARMEN POLISTICO MANGUIN,<br><br>Plaintiffs<br><br>v.<br><br>JOHN M. BECKER, et al.,<br><br>Defendants | Case No.: 2:22-cv-01711-APG-EJY<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 7] |

Defendants HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2; Ocwen Loan Servicing, LLC; PHH Mortgage Corporation, and Western Progressive-Nevada Inc. move to dismiss the complaint with prejudice on a variety of grounds. ECF No. 7. The plaintiffs did not respond. I therefore grant the motion as unopposed and because it is supported by good cause. *See* LR 7-2(d).

I THEREFORE ORDER that the motion to dismiss **(ECF No. 7) is GRANTED**. Defendants HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2; Ocwen Loan Servicing, LLC; PHH Mortgage Corporation (PHH), and Western Progressive-Nevada Inc. are dismissed from this case with prejudice.

DATED this 9th day of December, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE