UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOLAN CASTILLO MANGUIN and CARMEN POLISTICO MANGUIN,<br><br>Plaintiffs<br><br>v.<br><br>JOHN M. BECKER, et al.,<br><br>Defendants | Case No.: 2:22-cv-01711-APG-EJY<br><br>**Order Dismissing Claims Against Defendants James Becker and Eddie Jeminez** |

On February 15, 2023, the plaintiffs were advised by the court that their claims against defendants James Becker and Eddie Jeminez would be dismissed without prejudice unless by March 17, 2023, the plaintiffs either filed proper proof of service or showed good cause why such service was not timely made. ECF No. 26.  Plaintiff Joel Manguin filed an objection to which he attached two exhibits purporting to show service on these two defendants. ECF No. 28. Neither exhibit shows proper service, however.

As to Becker, the return of service does not mention a summons being served, and whatever documents were served were given to a John Doe at a business address. *Id.* at 3. Although the return of service says this unidentified person is "Employee/Authorized to Accept," there is no factual basis to conclude that the person was authorized to accept personal service for Becker individually.  As for Jeminez, the return of service shows he was never served. *Id.* at 4-6. Additionally, it identifies the document to be served as a "letter." *Id.* at 5.  Because the plaintiffs have not shown timely proper service nor shown good cause for why the time to serve should be extended, I dismiss their claims against these defendants without prejudice for failure to timely serve. Fed. R. Civ. P. 4(m).

1     I THEREFORE ORDER that the plaintiffs' claims against defendants John M. Becker
2 and Eddie Jeminez are dismissed without prejudice. The clerk of court is instructed to terminate
3 them as defendants in this action.

4     DATED this 23rd day of March, 2022.

                                   ANDREW P. GORDON
                                   UNITED STATES DISTRICT JUDGE