WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
sgarabedian@wrightlegal.net
*Attorneys for Defendants, HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2, Ocwen Loan Servicing, LLC., PHH Mortgage Corporation, and Western Progressive-Nevada Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOLAN CASTILLO MANGUIN and CARMEN POLISTICO MANGUIN,<br><br>Plaintiffs,<br>vs.<br><br>JOHN M. BECKER, AN INDIVIDUAL; EDDIE JIMIENEZ, AN INDIVIDUAL; HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2; WESTERN PROGRESSIVE-NEVADA, INC.; OCWEN LOAN SERVICING LLC; PHH MORTGAGE CORPORATION,<br>Defendants. | Case No.: 2:22-cv-01711-APG-EJY<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Stephanie A. Garabedian, Esq. ("Ms. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Defendants, HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2, Ocwen Loan Servicing, LLC., PHH Mortgage Corporation, and Western Progressive-Nevada Inc., requests removal of attorney Hugo E. Hernandez-Diaz, Esq., from the CM/ECF Service List in the above-captioned matter. This matter has been reassigned within WFZ

and Ms. Garabedian will be responsible for the day-to-day handling of this case, while Hugo E. Hernandez-Diaz, Esq. will not be involved in any capacity going forward.

      Ms. Garabedian is on the CM/ECF Service List and will continue to receive CM/ECF notices. As a result, it is no longer necessary that Hugo E. Hernandez-Diaz, Esq. receive CM/ECF notice of the ongoing proceedings.

      Accordingly, the undersigned counsel requests that Hugo E. Hernandez-Diaz, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 6th day of November, 2023.

    WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie A. Garabedian*
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2, Ocwen Loan Servicing, LLC., PHH Mortgage Corporation, and Western Progressive-Nevada Inc.*

**IT IS SO ORDERED.**

Dated this 6th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE