UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOLAN CASTILLO MANGUIN and CARMEN POLISTICO MANGUIN,<br><br>    Plaintiffs<br><br>v.<br><br>JOHN M. BECKER, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01711-APG-EJY<br><br>**Order Denying Objection and Motion for Reconsideration**<br><br>**[ECF No. 68]** |

I ORDER plaintiff Jolan Castillo Manguin's objection and motion for reconsideration **(ECF No. 68) is DENIED**. Manguin offers no basis for me to reconsider my prior rulings. *See Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

DATED this 3rd day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE